UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

K&B FAMILY LIMITED PARTNERSHIP,

              Plaintiff,

      v.

UNITED STATES OF AMERICA,

              Defendant.

No. CV05-571-SU

OPINION AND ORDER

**MOSMAN, J.,**

On January 8, 2007, Magistrate Judge Sullivan issued Findings and Recommendation ("F&R") (#37) in the above-captioned case recommending the United States' motion for summary judgment (#19) be denied. No objections were filed.

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The district court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. Where objections have been made, I conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(C). However, I am not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge to which no objections are made. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

PAGE 1 - OPINION AND ORDER

Upon review, I agree with Judge Sullivan's recommendation to DENY the motion for summary judgment (#19), and I ADOPT the F&R as my own opinion.

IT IS SO ORDERED.

DATED this 13th day of February, 2007.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Court